## STATEMENT OF FACTS

On Tuesday, February 8, 2006, at about 12:44 a.m., sworn officers with the United States Park Police conducted a traffic stop at Bowen and Ridge Roads, S.E., Washington, D.C. During the course of the stop, officers noticed a burnt marijuana smell coming from the car. Officers removed the defendant, Ahmed Hunter, from the car and looked in the car. Officers saw a green leafy material on the driver's side floorboard, on the center seat cushion, and in the car ashtray. A portion of the green leafy substance field tested positive for THC. Further search of the car revealed a loaded Glock .40 caliber handgun underneath the driver's seat. Officers placed the defendant under arrest. The defendant is the registered owner of the car. To the best of the undersigned officer's knowledge, defendant Ahmed Hunter has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in the D.C. Superior Court, Criminal Case No. F10009-94, and the United States District Court for the District of Columbia, Criminal Case No. 94-345. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crimes. He wrote his initials on the computer print-out that he reviewed, so that he would recognize it again in the future. To the best of this officer's knowledge, there are no Glock .40 caliber handguns nor, ammunition manufactured in the District of Columbia.

                                              OFFICER SCOTT BRECHT
                                              UNITED STATES PARK POLICE

SWORN AND SUBSCRIBED BEFORE ME
ON THIS _____ DAY OF FEBRUARY, 2006.

                                              U.S. MAGISTRATE JUDGE